**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**KUPEY AUTO DISTRIBUTORS,
INC., et al.,
Plaintiff**

**v.**                                                    **CIVIL NO. 05-1964(DRD)**

**U.S. DEPARTMENT OF JUSTICE, et al.,
Defendants**

**ORDER**

The instant case was assigned to the undersigned through the random case assignment system.  However, the Plaintiff to the instant case is a relative to the undersigned and given this relationship, the undersigned's impartiality might reasonably be questioned in these proceedings.

I, therefore, **DISQUALIFY** myself pursuant to 28 U.S.C. §455(a) and instruct the Clerk of Court to randomly reassign forthwith this case to another Judge of this Court.  Consequently, the Clerk of Court is hereby **INSTRUCTED** to assign randomly the instant matter to another District Judge throughout the case assignment system.

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 12th day of September 2005.

**S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE**